# LYNN PINKER HURST SCHWEGMANN

ANDRÉS CORREA
*Partner*

D 214 292 3630
F 214 981 3839
acorrea@lynnllp.com

Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue
Suite 2700
Dallas, Texas 75201

lynnllp.com

ACCEPTED
15-24-00122-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/17/2025 9:38 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/17/2025 9:38:19 AM
CHRISTOPHER A. PRINE
Clerk

January 17, 2025

**The Fifteenth Court of Appeals**
P.O. Box 12852
Austin, TX 78711
(512) 463-1610

  Re: Cause Nos. 15-24-00122-CV, *Energy Transfer LP, et al. v Culberson Midstream LLC, et al.*, and 15-24-00130-CV, *In re Energy Transfer LP and ETC Texas Pipeline, Ltd.*: Notice of Settlement and Forthcoming Dismissal

To whom it may concern:

On Wednesday, January 15, 2025, the parties in the related, underlying proceeding in the 193rd District Court in Dallas County, Cause No. DC-22-03837 (*Energy Transfer LP et al v. Culberson Midstream LLC et al.*), entered into a preliminary settlement agreement. The parties anticipate that dismissal of Cause No. DC-22-03837 may issue as early as next week.

This settlement agreement and forthcoming dismissal will render moot the underlying proceeding in the First Business Court Division, Dallas County, Texas, (Cause No. 24-BC01B-0005), and will therefore render the subject of the two above-captioned proceedings moot, as well. Accordingly, the parties write to the Court to provide notice of pending resolution.

       Thank you,

Andrés Correa, Attorney for
Appellants / Relators

  /s/ *Joel W. Reese*

Joel W. Reese
Texas State Bar No. 00788258
joel.reese@rm-firm.com
**REESE MARKETOS LLP**
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201-3201
214.382.9810 telephone
**ATTORNEY FOR APPELLEES / RESPONDENTS**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andres Correa
Bar No. 24076330
acorrea@lynnllp.com
Envelope ID: 96341201
Filing Code Description: Letter
Filing Description: 2025-01-17 Letter Regarding Settlement and Forthcoming Dismissal
Status as of 1/17/2025 11:10 AM CST

Associated Case Party: ENERGY TRANSFER LP, ET AL.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ronni Bracken | | rbracken@lynnllp.com | 1/17/2025 9:38:19 AM | SENT |
| David S.Coale | | dcoale@lynnllp.com | 1/17/2025 9:38:19 AM | SENT |
| Michael P.Lynn | | mlynn@lynnllp.com | 1/17/2025 9:38:19 AM | SENT |
| Andres Correa | | acorrea@lynnllp.com | 1/17/2025 9:38:19 AM | SENT |
| Kay Ridenour | | kridenour@lynnllp.com | 1/17/2025 9:38:19 AM | SENT |
| Beverly Congdon | | bcongdon@lynnllp.com | 1/17/2025 9:38:19 AM | SENT |
| Gina Flores | | gflores@lynnllp.com | 1/17/2025 9:38:19 AM | SENT |
| Kyle A.Gardner | | kgardner@lynnllp.com | 1/17/2025 9:38:19 AM | SENT |
| Lisa Mewbourn | | lmewbourn@lynnllp.com | 1/17/2025 9:38:19 AM | SENT |
| Julie Archuleta | | jarchuleta@lynnllp.com | 1/17/2025 9:38:19 AM | SENT |

Associated Case Party: CULBERSON MIDSTREAM, LLC, ET AL.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tyler Bexley | | tyler.bexley@rm-firm.com | 1/17/2025 9:38:19 AM | SENT |
| Joel Reese | | joel.reese@rm-firm.com | 1/17/2025 9:38:19 AM | SENT |
| Bella Lee | | bella.lee@rm-firm.com | 1/17/2025 9:38:19 AM | SENT |